**No. 62109.**—V. G. Nahrgang *v.* United States, protest 295583–K (Detroit).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of pure gum floating stock and that said merchandise is a sheeting, composed wholly of rubber, the claim of the plaintiff was sustained.

**No. 62110.**—Paillard Products, Inc. *v.* United States, protest 309395–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of typewriter cases the same in all material respects as those the subject of Abstract 59651, the claim of the plaintiff was sustained.